## Commonwealth *v.* Thompson, Appellant.

Before VOGEL, J.

 Argued
December 12, 1975. *Charles F. G. Smith*, for appellant;
*Stewart J. Greenleaf*, Assistant District Attorney, with
him *William T. Nicholas*, First Assistant District At-
torney, and *Milton O. Moss*, District Attorney, for Com-
monwealth, appellee.

Judgment of sentence affirmed.